AO 133   (Rev 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| SERAFINO CARDINALI | ) | |
|---|---|---|
| v. | ) | Case No.: 14-cv-6558 |
| COUNTY OF MONROE | ) | |

**FILED NOV 30 2018 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY**

## BILL OF COSTS

Judgment having been entered in the above entitled action on __11/01/2017__ against __Plaintiff Serafino Cardinali__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................ | $ |
| Fees for service of summons and subpoena ............................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 628.24 |
| Fees and disbursements for printing .................................................. | |
| Fees for witnesses *(itemize on page two)* ............................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................................................ | |
| Docket fees under 28 U.S.C. 1923 .................................................... | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................................ | |
| **TOTAL** | **$ 628.24** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service       [ ] First class mail, postage prepaid
[ ] Other:

s/ Attorney:   s/ Mallorie C. Rulison
Name of Attorney: Mallorie C. Rulison

For: Defendant County of Monroe          Date: 11/02/2017
    *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of $624.24 and included in the judgment.

_Mary Loewenguth_                By: _____         11.30.18
Clerk of Court                       Deputy Clerk             Date

AO 133 (Rev 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SERAFINO CARDINALI,

           *Plaintiff,*

v.

COUNTY OF MONROE,

           *Defendant.*

DEFENDANT'S ITEMIZATION OF COSTS

Case No.: 14-cv-6558

## Fees For Printed Or Electronically Recorded Transcripts Necessarily Obtained For Use In The Case

| Date of Testimony | Witness | Amount |
| --- | --- | --- |
| 12.5.16 | David J. Cross Deposition; Michael J. Garland Deposition; Donald T. Irvine Deposition; and Irving G. Murph Deposition | 280.44 |
| 12.6.16 | Jason R. Kennedy Deposition | 150.00 |
| 1.25.17 | Serafino Cardinali Deposition | 197.80 |
|  | Total | $628.24 |



# ALLIANCE
COURT REPORTING, INC.

*Video Conferencing and Videography Center*

120 East Avenue • Suite 200 • Rochester, NY 14604 • 585.546.4920 • 800.724.0836 • fax: 877.546.6429 • alliance@alliancecourtreporting.net

Monroe County Department of Law
307 County Office Building
39 West Main Street
Rochester, NY 14614
Attention: Mallorie Rulison, Esq.

# Invoice

| Date | Control No. | Terms | Court Reporter | Ship Date | Via | EIN | Invoice # |
|---|---|---|---|---|---|---|---|
| 12/21/2016 | 110464 | Due Upon Delivery | JZ | 12/21/2016 | email | 20-4893718 | 958409 |

| Date | Description | Qty | Each | Amount |
|---|---|---|---|---|
| 12/5/2016 | Cardinali v. County of Monroe | | | |
| | Certified Transcript<br>- Witness: David J. Cross | 19 | 2.28 | 43.32 |
| | Certified Transcript<br>- Witness: Michael J. Garland | 44 | 2.28 | 100.32 |
| | Certified Transcript<br>- Witness: Donald T. Irvine | 19 | 2.28 | 43.32 |
| | Certified Transcript<br>- Witness: Irving G. Murph | 41 | 2.28 | 93.48 |
| GO GREEN INVOICE | | | | |

A law firm who has purchased a transcript (electronic or hard copy) may, without paying a further fee to the reporter, reproduce a copy or portion thereof for internal use, but shall not otherwise provide, forward, or sell a copy to any other party or person. Accounts unpaid will be subject to collection costs, including reasonable attorney's fees.

| | |
|---|---|
| Total | $280.44 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$280.44** |

-----------------------------------------

*Please detach and send with payment*

EIN No. ▓▓▓▓▓▓▓

| Invoice # | 958409 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$280.44** |

We accept check, money order, VISA and MasterCard. Thank you.

Please make checks payable to:
Alliance Court Reporting, Inc.
120 East Avenue, Suite 200
Rochester NY 14604



www.alliancecourtreporting.net

Expert Court Reporting since 1978 • Experienced Realtime Reporters • Certified, accurate transcripts • Videography • Video Conferencing/Video Streaming • 24/7 Scheduling
Complimentary conference rooms • Client Suites for confidential meetings • Wireless Internet • Copying, faxing and mail service • Prompt efficient service • Cutting-edge technology

SAP Document No. _____

Non P.O.

# Claim Voucher

COUNTY OF MONROE

PAY TO: **Alliance Court Reporting, Inc.**
INSERT NAME OF CLAIMANT

REMITTANCE ADDRESS: 120 East Avenue, Suite 200

City: Rochester  State: NY  Zip: 14604

| YEAR | MONTH | DAY | QUANTITY | ITEMIZED ACCOUNT OF MATERIALS, SUPPLIES, ETC. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2016 | 12 | 05 | 123 pgs | Deposition, Cardinali v. County of Monroe | 2 28 | 280 44 |
| | | | | | Total | $280 44 |

THIS VOUCHER MUST BE CERTIFIED AND SENT TO THE DEPARTMENT AUTHORIZING SAME

**Alliance Court Reporting, Inc.**
(Insert name of claimant, his agent or representative)

Certifies that this claim is just, true and correct; that the merchandise or services herein have been rendered to Monroe County; that taxes from which Monroe County is exempt are not included and that the balance is actually due and owing.

X _____ (Claimant, agent or representative to sign here)

TITLE  Office Manager  DATE  12/22/16
Fed Tax ID#: _____

SP. G/L ____  (Choose one: H=Retainage, Q=Liens, U=Securities)

REFERENCE (Vendor Invoice #)  958409

PAYMENT METHOD  [ C ]   (Choose one: C=Check, 4=Cash Bail, 5=Capital, 6=Trust, 7=Monroe NewPower, 8= MCAA)

VENDOR NUMBER  110786

INVOICE DATE  12 / 21 / 16

POSTING DATE  __ / __ / __

AMOUNT  $280.44

TEXT  * Deposition

| G/L ACCT | SHORT TEXT | AMOUNT | BUSINESS AREA | FUND | COST CENTER | GRANT | INTERNAL ORDER | WBS ELEMENT |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | $280.44 | 1600 | 9001 | 1604010000 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

I Certify that the merchandise or services itemized in the claim have been rendered or furnished to Monroe County on the date or dates shown, that the charges are correct, and am approving same for payment

CHECK RECEIVED BY _____  Print Name _____

BUSINESS AREA HEAD OR AUTHORIZED SIGNER

SIGNATURE _____  DATE _____

REV 12/05



# ALLIANCE
COURT REPORTING, INC.

*Video Conferencing and Videography Center*

120 East Avenue • Suite 200 • Rochester, NY 14604 • 585.546.4920 • 800.724.0836 • fax: 877.546.6429 • alliance@alliancecourtreporting.net

Monroe County Department of Law
307 County Office Building
39 West Main Street
Rochester, NY 14614
Attention: Mallorie Rulison, Esq.

# Invoice

| Date | Control No. | Terms | Court Reporter | Ship Date | Via | EIN | Invoice # |
|---|---|---|---|---|---|---|---|
| 12/22/2016 | 110465 | Due Upon Delivery | JZ | 12/22/2016 | email | 20-4893718 | 958433 |

| Date | Description | Qty | Each | Amount |
|---|---|---|---|---|
| 12/6/2016 | Cardinali v. County of Monroe<br>Certified Transcript - Minimum charge<br>Witness: Jason R. Kennedy | | 150.00 | 150.00 |

GO GREEN INVOICE

| | |
|---|---|
| **Total** | $150.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $150.00 |

A law firm who has purchased a transcript (electronic or hard copy) may, without paying a further fee to the reporter, reproduce a copy or portion thereof for internal use, but shall not otherwise provide, forward, or sell a copy to any other party or person. Accounts unpaid will be subject to collection costs, including reasonable attorney's fees.

---
*Please detach and send with payment*

EIN No. 

| Invoice # | 958433 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $150.00 |

We accept check, money order, VISA and MasterCard. Thank you.

Please make checks payable to:
**Alliance Court Reporting, Inc.**
120 East Avenue, Suite 200
Rochester NY 14604

www.alliancecourtreporting.net

Expert Court Reporting since 1978 • Experienced Realtime Reporters • Certified, accurate transcripts • Videography • Video Conferencing/Video Streaming • 24/7 Scheduling
Complimentary conference rooms • Client Suites for confidential meetings • Wireless Internet • Copying, faxing and mail service • Prompt efficient service • Cutting-edge technology

SAP Document No. _____

**Non P.O.**
**Claim Voucher**

COUNTY OF MONROE

| PAY TO: | Alliance Court Reporting, Inc. |
|---|---|
| | INSERT NAME OF CLAIMANT |
| REMITTANCE ADDRESS: | 120 East Avenue, Suite 200 |
| | Rochester   NY   14604 |
| | City        State  Zip |

| YEAR | 2016 | | | | |
|---|---|---|---|---|---|
| MONTH | DAY | QUANTITY | ITEMIZED ACCOUNT OF MATERIALS, SUPPLIES, ETC. | UNIT PRICE | AMOUNT |
| 12 | 06 | 1 ea | Deposition, Cardinali v. County of Monroe | 150 00 | 150 00 |
| | | | | Total | $150 00 |

THIS VOUCHER MUST BE CERTIFIED AND SENT TO THE DEPARTMENT AUTHORIZING SAME

Alliance Court Reporting, Inc.
(Insert name of claimant, his agent or representative)

Certifies that this claim is just, true and correct; that the merchandise or services herein have been rendered to Monroe County; that taxes from which Monroe County is exempt are not included, and that the balance is actually due and owing.

_____
(Claimant, agent or representative to sign here)

TITLE  Office Manager
Fed Tax ID#: _____

VENDOR NUMBER: 110786

INVOICE DATE: 12 / 22 / 16

POSTING DATE: ___ / ___ / ___

AMOUNT: $150.00

TEXT: * Deposition

SP. G/L ___
H=Retainage, Q=Liens, U=Securities

REFERENCE (Vendor Invoice #)
958433

PAYMENT METHOD [ C ]
(Choose one: C=Check, 4=Cash Bail, 5=Capital, 6=Trust, 7=Monroe NewPower, 8= MCAA)

DATE  12/22/16   (signatures) 1/9/17   1/10/17

| G/L ACCT | SHORT TEXT | AMOUNT | COST CENTER | BUSINESS AREA | FUND | GRANT | INTERNAL ORDER | WBS ELEMENT |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | $150.00 | 1604010000 | 1600 | 9001 | | | |
| | | | | | | | | |
| | | | | | | | | |

I Certify that the merchandise or services itemized in the claim have been rendered or furnished to Monroe County on the date or dates shown, that the charges are correct, and am approving same for payment

CHECK RECEIVED BY _____   Print Name

_____        _____
BUSINESS AREA HEAD OR AUTHORIZED SIGNER

SIGNATURE _____    DATE _____

REV 12/05



# ALLIANCE
### COURT REPORTING, INC.
*Video Conferencing and Videography Center*

120 East Avenue • Suite 200 • Rochester, NY 14604 • 585.546.4920 • 800.724.0836 • fax 877.546.6429 • alliance@alliancecourtreporting.net

Monroe County Department of Law
307 County Office Building
39 West Main Street
Rochester, NY 14614
Attention: Mallorie Rulison, Esq.

# Invoice

| Date | Control No. | Terms | Court Reporter | Ship Date | Via | EIN | Invoice # |
|---|---|---|---|---|---|---|---|
| 2/14/2017 | 110790 | Due Upon Delivery | JZ | 2/14/2017 | email | 20-4893718 | 958733 |

| Date | Description | Qty | Each | Amount |
|---|---|---|---|---|
| 1/25/2017 | Cardinali v. County of Monroe | | | |
| | Original Certified Transcript | 85 | 2.28 | 193.80 |
| | Postage and Handling - USPS | | 4.00 | 4.00 |
| | Witness: Serafino Cardinali | | | |

DENIED PER GUIDELINES MCL

GO GREEN INVOICE

A law firm who has purchased a transcript (electronic or hard copy) may, without paying a further fee to the reporter, reproduce a copy or portion thereof for internal use, but shall not otherwise provide, forward, or sell a copy to any other party or person. Accounts unpaid will be subject to collection costs, including reasonable attorney's fees.

| | |
|---|---|
| Total | $197.80 |
| Payments/Credits | $0.00 |
| Balance Due | $197.80 |

*Please detach and send with payment*

EIN No. ▮▮▮▮

| Invoice # | 958733 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$197.80** |

We accept check, money order, VISA and MasterCard. Thank you.

Please make checks payable to:
**Alliance Court Reporting, Inc.**
120 East Avenue, Suite 200
Rochester NY 14604



www.alliancecourtreporting.net

Expert Court Reporting since 1978 • Experienced Realtime Reporters • Certified, accurate transcripts • Videography • Video Conferencing/Video Streaming • 24/7 Scheduling
Complimentary conference rooms • Client Suites for confidential meetings • Wireless Internet • Copying, faxing and mail service • Prompt efficient service • Cutting-edge technology

Case 6:14-cv-06558-FPG-JWF   Document 28   Filed 11/02/17   Page 9 of 9

SAP Document No. _____

Non P.O.

# Claim Voucher

COUNTY OF MONROE

PAY TO: Alliance Court Reporting, Inc.
INSERT NAME OF CLAIMANT

REMITTANCE ADDRESS: 120 East Avenue, Suite 200

City: Rochester   State: NY   Zip: 14604

| YEAR 2017 | | | | | |
|---|---|---|---|---|---|
| MONTH | DAY | QUANTITY | ITEMIZED ACCOUNT OF MATERIALS, SUPPLIES, ETC. | UNIT PRICE | AMOUNT |
| 01 | 25 | 85 pgs | Deposition, Cardinali v. County of Monroe | 2  28 | 193  80 |
| 01 | 25 | 1 ea | Postage & Handling - USPS | 4  00 | 4  00 |
| | | | | Total | $197  80 |

THIS VOUCHER MUST BE CERTIFIED AND SENT TO THE DEPARTMENT AUTHORIZING SAME

Alliance Court Reporting, Inc.
(Insert name of claimant, his agent or representative)

Certifies that this claim is just, true and correct; that the merchandise or services herein have been rendered to Monroe County; that taxes from which Monroe County is exempt are not included and that the balance is actually due and owing

_____   DATE 2/14/17
(Claimant, agent or representative to sign here)

TITLE Office Manager
Fed Tax ID#: _____

SMG 2/14/17

VENDOR NUMBER: 110786

INVOICE DATE: 02 / 14 / 17

POSTING DATE: ___ / ___ / ___

AMOUNT: $197.80

TEXT: * Deposition

SP. G/L _____ (Choose one: H=Retainage, Q=Liens, U=Securities)

REFERENCE (Vendor Invoice #) 958733

PAYMENT METHOD: [ C ]   (Choose one: C=Check, 4=Cash Bail, 5=Capital, 6=Trust, 7=Monroe NewPower, 8=MCAA)

| G/L ACCT | SHORT TEXT | D/C | AMOUNT | COST CENTER | BUSINESS AREA | FUND | GRANT | INTERNAL ORDER | WBS ELEMENT |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | | | $197.80 | 1604010000 | 1600 | 9001 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

CHECK RECEIVED BY _____   Print Name _____

I Certify that the merchandise or services itemized in the claim have been rendered or furnished to Monroe County on the date or dates shown, that the charges are correct, and am approving same for payment

BUSINESS AREA HEAD OR AUTHORIZED SIGNER

SIGNATURE _____   DATE _____

REV 12/05